IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV -2  P 2:23

CLERK
S. DIST. OF GA

ROBERT L. NEWLAND,

        Petitioner,

v.

FREDERICK HEAD, Warden,

        Respondent.

CIVIL ACTION NO.: CV203-146

## CERTIFICATION OF APPEALABILITY

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. If granted, the certificate must indicate which specific issue or issues satisfy this showing. In accordance with the foregoing, a Certificate of Appealability is hereby **DENIED**, as Petitioner has not made a substantial showing of the denial of a constitutional right.

**SO ORDERED**, this 2 day of November, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA